1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LINDA MOTLEY,                          1:05-CV- 1383 AWI DLB P

12              Plaintiff,

13        vs.                               ORDER TO SUBMIT CERTIFIED
                                            COPY OF PRISON TRUST ACCOUNT
14   MOENEAR FIGGENNETTIA,                   STATEMENT **OR** PAY FILING FEE

15

16              Defendant.
     _____/

17

18        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

     to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28
19
     U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account
20
     statement for the six month period immediately preceding the filing of the complaint. See 28
21
     U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his
22
     trust account statement in support of his request to proceed in forma pauperis, **or** pay the $150.00
23
     filing fee.
24
          In accordance with the above, IT IS HEREBY ORDERED that within thirty days
25
     of the date of service of this order, plaintiff shall submit a certified copy of her prison trust
26

                                             1

1    account statement for the six month period immediately preceding the filing of the complaint, or

2    in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will

3    result in a recommendation that this action be dismissed.

4         IT IS SO ORDERED.

5         **Dated:    January 20, 2006**                    **/s/ Dennis L. Beck**
     3c0hj8                                            UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26