1
2
3
4
5
6
7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  LINDA MOTLEY,                    )     1:05-CV-01383-AWI-DLB-P
                                     )
12          Plaintiff,                )     ORDER GRANTING EXTENSION OF
                                     )     TIME TO SUBMIT CERTIFIED COPY
13      v.                           )     OF PRISON TRUST ACCOUNT
                                     )     STATEMENT
14  MOENEAR FIGGENNETTIA,            )     (DOCUMENT #12)
                                     )
15                                    )
            Defendant.                )
16  _____)

17       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On

18  January 20, 2006, the court ordered plaintiff to submit a certified copy of her prison trust account

19  statement. On April 20, 2006, plaintiff filed an application to proceed in forma pauperis, and on April

20  25, 2006, plaintiff submitted a copy of her trust account statement.  However, the copy of her trust

21  account statement was not a **certified** copy. On April 26, 2006, plaintiff filed a motion for an extension

22  of time to file a certified copy of her trust account statement.  Good cause having been presented to the

23  court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

24       Plaintiff is granted thirty days from the date of service of this order in which to submit a **certified**

25  copy of her prison trust account statement for the six months immediately preceding the filing of the

26  complaint, pursuant to the court's order of January 20, 2006.

27       IT IS SO ORDERED.

28       **Dated:   May 2, 2006**                    **/s/ Dennis L. Beck**


| | |
|---|---|
| 1  3c0hj8 | UNITED STATES MAGISTRATE JUDGE |