UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDA MOTLEY, | ) | 1:05-CV-01383-AWI-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND |
| | ) | EXTENSION OF TIME TO SUBMIT |
| v. | ) | CERTIFIED COPY OF PRISON TRUST |
| | ) | ACCOUNT STATEMENT |
| MOENEAR FIGGENNETTIA, | ) | (DOCUMENT #14) |
| | ) | |
| Defendant. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 6, 2006, plaintiff filed a motion for a second extension of time to file a certified copy of her trust account statement. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to submit a certified copy of her prison trust account statement for the six months immediately preceding the filing of the complaint, pursuant to the court's order of January 20, 2006.

IT IS SO ORDERED.

Dated:   June 15, 2006                    /s/ Dennis L. Beck
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE