IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA MOTLEY,

Plaintiff,

vs.

MOENEAR FIGGENNETTIA,

Defendant.

_________________________________/

1:05-CV-01383-AWI-DLB-P

ORDER VACATING ORDER OF JANUARY 20, 2006
(Doc. 8)

ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS
(Doc. 2)

Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 11, 2005, when plaintiff filed her complaint, she was incarcerated at the Valley State Prison for Women in Chowchilla, California.

On January 20, 2006, the court ordered plaintiff to submit a certified copy of her prison trust account statement, in support of her motion to proceed in forma pauperis. Meanwhile, plaintiff was paroled, and on August 14, 2006, plaintiff filed a notice of change of address. In light of the fact that plaintiff is no longer incarcerated, the court's order of January 20, 2006, shall be vacated, and plaintiff shall not be required to submit a copy of her prison trust account statement. Furthermore, plaintiff's motion to proceed in forma pauperis shall be granted. Examination of documents submitted by plaintiff reveals that she is unable to afford the costs of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's order of January 20, 2006, which ordered plaintiff to submit a certified copy of her prison trust account statement, is VACATED; and
2. Plaintiff's motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

**Dated:** **November 1, 2006**

3c0hj8

/s/ **Dennis L. Beck**

UNITED STATES MAGISTRATE JUDGE