1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LINDA MOTLEY,                          )         1:05-cv-1383 LJO DLB (PC)
                                            )
12              Plaintiff,                   )
                                            )         ORDER DENYING FOURTH MOTION
13                                           )         FOR APPOINTMENT OF COUNSEL
         v.                                 )
14                                           )         (DOCUMENT #31)
     MOENEAR FIGGENNETTIA,                   )
15                                           )
                                            )
16              Defendants.                  )
     _____)
17

18          On June 25, 2007, plaintiff filed a fourth motion seeking the appointment of counsel.  As

19   plaintiff has been advised, plaintiff does not have a constitutional right to appointed counsel in this

20   action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney

21   to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the

22   Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain

23   exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section

24   1915(e)(1).  Rand, 113 F.3d at 1525.

25          Without a reasonable method of securing and compensating counsel, the court will seek

26   volunteer counsel only in the most serious and exceptional cases.  In determining whether "exceptional

27   circumstances exist, the district court  must evaluate both the likelihood of success of the merits [and]

28                                                    1

the ability of the [plaintiff] to articulate his claims *pro se* in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

In the present case, the court does not find the required exceptional circumstances.  Even if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with similar cases almost daily.  Further, at this early stage in the proceedings, the court cannot make a determination that plaintiff is likely to succeed on the merits, and based on a review of the record in this case, the court does not find that plaintiff cannot adequately articulate his claims.  Id.

For the foregoing reasons, plaintiff's motion for the appointment of counsel is HEREBY DENIED, without prejudice.  Unless circumstances change, plaintiff should refrain from filing further motions.



IT IS SO ORDERED.

Dated:    **July 30, 2007**                    _____/s/ **Dennis L. Beck**_____
                                                              UNITED STATES MAGISTRATE JUDGE

2