# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MOTLEY, | CASE NO. 1:05-cv-1383-LJO DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO SUBMIT NEW EVIDENCE |
| v. | ORDER DIRECTING CLERK'S OFFICE TO RETURN PLAINTIFF'S EVIDENCE |
| M. FIGGENNETTIA, | |
| Defendant. / | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2008, plaintiff filed a motion to submit new evidence. Plaintiff is advised that the court cannot serve as a repository for the parties' evidence (i.e., prison or medical records, affidavits, etc.). The parties may not file evidence with the court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the court). There is nothing pending in this action that requires plaintiff to submit evidence. The Court notes that proposed evidence plaintiff seeks to submit is not related to her exhaustion of administrative remedies and therefore is not responsive to the Court's Findings and Recommendations issued February 29, 2008. Therefore, the documents attached with plaintiff's motion will be returned to plaintiff.

Accordingly, plaintiff's motion to submit new evidence is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **March 5, 2008**          /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1