# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LINDA MOTLEY,                                    CASE NO. 1:05-cv-1383-LJO DLB PC

               Plaintiff,        ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS RE DISMISSAL OF
   v.                                        ACTION FOR FAILURE TO EXHAUST
                                                 ADMINISTRATIVE REMEDIES
M. FIGGENNATTIA,
                                                 (Doc. 35)
               Defendant.
_____/

       Plaintiff Linda Motley, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On February 29, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed timely objections to the Findings and Recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

       Accordingly, IT IS HEREBY ORDERED that:

    1.     The Findings and Recommendations, filed February 29, 2008, is adopted in full;

    2.     This action is DISMISSED for failure to exhaust administrative remedies.

///IT IS SO ORDERED.

**Dated:   April 7, 2008**            **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE